**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Gerard Naessens,<br><br>    Plaintiff<br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01438-JAD-DJA<br><br>**Order Granting Motion to Enlarge Time** |

Good cause appearing, IT IS ORDERED that the Motion to Extend Time to File Response to Complaint **[ECF No. 10] is GRANTED, and the deadline for Defendants Lawrence H. Richardson, Jr. and Amanda Leigh Hedrick to respond to the complaint is extended to October 26, 2022.**

Dated: October 14, 2022

_____
U.S. District Judge Jennifer A. Dorsey