UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Gerard Naessens, | Case No.: 2:22-cv-01438-JAD-DJA |
| Plaintiff | |
| v. | **Order Granting Motion to Extend Time** |
| Bradford McLane, et al., | [ECF No. 21] |
| Defendants | |

On October 26, 2022, pro se plaintiff Michael Gerard Naessens filed a document titled a "motion to extend time" to respond to defendant Bradford McLane's motion to dismiss.[1] It appears, however, that the motion is actually a stipulation to extend time, as both parties agreed to the extension.[2] Regardless, the parties have shown good cause for the extension, so the motion to extend time **[ECF No. 21] is GRANTED**. Naessens's response to McLane's motion to dismiss is due by **November 10, 2022**, and McLane's reply is due by **November 17, 2022**. The parties' discovery plan and scheduling order is due by **December 11, 2022**.

Naessens is also reminded that defendants Amanda Leigh Hedrick and Lawrence H. Richardson Jr. filed a separate motion to dismiss on October 25, 2022.[3] Naessens's response to that motion is due by **November 8, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
November 1, 2022

---

[1] ECF No. 21 (motion to extend time); ECF No. 11 (McLane's motion to dismiss).

[2] *See* ECF No. 21 (requesting the extension of behalf of both parties, and including the signatures of both parties).

[3] ECF No. 19.