1

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
S. BRENT VOGEL
2   Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
3   ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
4   Ethan.Featherstone@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
5   Las Vegas, Nevada 89118
Telephone: 702.893.3383
6   Facsimile: 702.893.3789

7   Attorneys for Non-Party NaphCare, Inc. and
Defendant Bradford T. McLane, CEO NaphCare,
8   Inc.

9                    UNITED STATES DISTRICT COURT

10               DISTRICT OF NEVADA, SOUTHERN DIVISION

11

12   MICHAEL GERARD NAESSENS,                Case No. 2:22-cv-01438-JAD-DJA

13              Plaintiff,

14        vs.                                **STIPULATION AND ORDER TO
                                             SUBSTITUTE PARTY, AND DISMISS
15   LAS VEGAS METROPOLITAN POLICE           DEFENDANT BRADFORD T. MCLANE,
     DEPARTMENT CCDC; BRADFORD T.            CEO OF NAPHCARE, INC.**
16   MCLANE, CEO NAPHCARE, INC;
     LAWRENCE H. RICHARDSON, JR.;            **ECF Nos. 11, 32, 34**
17   AMANDA LEIGH HEDRICK,

18              Defendants.

19

20          Defendant Bradford T. McLane, non-party NaphCare, Inc., by and through their counsel, S.

21   Brent Vogel, Esq. and Ethan Featherstone, Esq. of LEWIS BRISBOIS BISGAARD & SMITH,

22   LLP, and Plaintiff Michael Gerard Naessens, pro se, hereby stipulate and agree that the Real Parties

23   in Interest is "NaphCare, Inc." and stipulate to substitute NaphCare, Inc. in lieu and stead of

24   Bradford T. McLane, CEO of NaphCare, Inc. pursuant to Fed. R. Civ. P. 25(c).

25          Upon substitution, NaphCare, Inc. will file its Response to the Complaint within fourteen

26   (14) days, with a further fourteen days (14) to serve its initial disclosures pursuant to Fed. R. Civ.

27   P. 26(a)(l).

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4885-8917-1006.1

Upon substitution, Bradford T. McLane, CEO of NaphCare, Inc. will be dismissed with prejudice.

Upon substitution, NaphCare, Inc. will replace defendant Bradford T. McLane, CEO of NaphCare in the caption of Case No. 2:22-cv-01438-JAD-DJA.

Dated this 28th day of November, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /s/ Ethan M. Featherstone

S. BRENT VOGEL
Nevada Bar No. 006858
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendants NaphCare, Inc. and Bradford T. McLane, CEO NaphCare, Inc.*

By

Michael Gerard Naessens
304 S. Jones Blvd., #457
Las Vegas, NV 89107
T: 702-930-6270
Email: naessensvsalva@gmail.com
*Plaintiff Pro Se*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

MARQUIS AURBACH

By _____/s/ Trisha R. Delos Santos_____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
*Attorneys for Defendant LVMPD*

CLARK HILL

By _____/s/ William D. Schuller_____
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: wschuller@clarkhill.com
Attorney for Defendants,
*Lawrence H. Richardson, Jr. and*
*Amanda Leigh Hedrick*

## ORDER

Based on the parties' stipulation [34] and good cause appearing, IT IS SO ORDERED. NaphCare, Inc. is substituted in the place of Bradford T. McLane, and t**he Clerk of Court is directed to** TERMINATE McLane as a party and ADD NaphCare, Inc. as a party.

And because the termination of McLane as a party moots his motion to dismiss, IT IS ORDERED that McLane's motion to dismiss and the motion to strike Naessens's surreply to that motion **[11] [32] are DENIED as moot.**

_____
UNITED STATES DISTRICT JUDGE
**11-28-22**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW