UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Michael Gerard Naessens,

    Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

    Defendants

Case No.: 2:22-cv-01438-JAD-DJA

**Order Closing Case**

    Pro se plaintiff Michael Naessens sued the Las Vegas Metropolitan Police Department (Metro); retired Philadelphia police detective Lawrence Richardson, Jr.; and Philadelphia Assistant District Attorney Amanda Hedrick for malicious prosecution and for violating his federal civil rights during his arrest and detention in Las Vegas, Nevada. Last summer, I dismissed his claims against Richardson and Hedrick for want of personal jurisdiction, and I dismissed the claims against Metro with limited leave to amend by July 17, 2023. I warned Naessens that if he "does not file an amended complaint by July 17, 2023, his § 1983 claim against Metro will be dismissed with prejudice, and the case will be closed without further notice."[1] That deadline passed without an amended complaint or any request to extend the deadline to file one. Because Naessens's failure to file an amended complaint leaves this court without any viable claims in this case, IT IS ORDERED **that this case is dismissed. The Clerk of Court is directed to CLOSE THIS CASE.**

                                               _____
                                               U.S. District Judge Jennifer A. Dorsey
                                                             October 2, 2023

---

[1] ECF No. 49 at 11.